# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                      Plaintiff,

vs.

Alfredo Aldape-Guerrero,

                      Defendant.

Case No. 19-CR-5241-MMA

JUDGMENT OF DISMISSAL

FILED JAN 17 2020 — CLERK US DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information: 8:1326(a), (b) - Removed Alien Found in the United States (Felony)(1)

Dated: 1/17/20

Hon. BERNARD G. SKOMAL
United States Magistrate Judge